UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEGENE BELL, | ) CV 12-2135-RGK (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF UNITED<br>) STATES MAGISTRATE JUDGE; and |
| v. | ) ORDER |
| | ) |
| M. D. ANAND, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the First Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.

2. Plaintiff's First Amended Complaint is dismissed without leave to amend for failure to state a claim pursuant to 28 U.S.C. §

1915(e)(2)(B).

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: November 4, 2013

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE