# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEGENE BELL, | ) CV 12-2135-RGK (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| M. D. ANAND, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint is dismissed without leave to amend.

DATED: November 4, 2013

*[signature: Gary Klausner]*

R GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1